UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDERY HERRERA, *on behalf of himself and all other persons similarly situated*,<br><br>                                   Plaintiff,<br><br>v.<br><br>BRONSON NUTRITIONALS, LLC,<br><br>                                   Defendant. | 24-CV-6445 (JAV)<br><br>**NOTICE OF REASSIGNMENT** |

JEANNETTE A. VARGAS, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at

https://nysd.uscourts.gov/hon-jeannette-vargas. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: February 4, 2025
       New York, New York

                                                              _____
                                                                    JEANNETTE A. VARGAS
                                                                    United States District Judge